STATE OF NEW JERSEY v. ARTHUR WESLEY SMITH.

March 27, 1979.  Petition for certification denied.

MARY GUERRA v. JOHN ROMAN.

March 27, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. BENJAMIN JACKSON.

March 27, 1979.  Petition for certification denied.

MARILYN LYNN v. ROBERT LYNN.

March 27, 1979.  Petition for certification denied.  (See 165 *N.J.Super.* 328)

STATE OF NEW JERSEY v. BARRINGTON GRANT.

March 27, 1979.  Petition for certification denied.

GERALDINE DITTMER v. WILLIAM RADZINSKY.

March 27, 1979.  Petition for certification denied.